■ JOSEPH J. CRISSA, Appellant, v JOSEPH NOONAN, as Executor of EMIL VANDEN HENDEN, Deceased, Respondent.—In an action, *inter alia,* to compel specific performance of a contract for the sale of real property, the plaintiff appeals from an order of the Supreme Court, Queens County (Lonschein, J.), dated December 22, 1987, which denied his motion for renewal with respect to a prior motion of the same court dismissing the complaint.

Ordered that the order is affirmed, with costs.

Under the circumstances, where the new evidence presented did not bear upon the substance of the court's prior ruling, the court did not abuse its discretion in denying the motion to vacate the original order. Moreover, the plaintiff failed to offer any explanation for his lack of diligence in making his application. Mangano, J. P., Brown, Lawrence, Kooper and Harwood, JJ., concur.

■ DENISE FILLER, Respondent, v CORNELL UNIVERSITY, Appellant.—In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Richmond County (Cusick, J.), dated July 10, 1987, which denied its motion for a change of venue.

Ordered that the order is affirmed, without costs or disbursements.

Venue motions are directed to the discretion of the trial court. Absent a clearly improvident exercise of discretion, a determination of a motion to change venue pursuant to CPLR 510 (3) will not be disturbed on appeal. Under the circumstances presented here, we cannot say that the court improvidently exercised its discretion in denying the motion to change venue from Richmond County to Tompkins County. Mollen, P. J., Bracken, Rubin and Sullivan, JJ., concur.